UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br>   Nikkia Tamar May <br><br> Debtor | Chapter 13 <br><br> Case No.: 20-10394 |

### ENTRY OF APPEARANCE

TO THE COURT:

    As of the date listed below, please enter my appearance as Debtor's Counsel in the above-captioned matter.

Dated: 2/3/2020

/s/ *Brad J. Sadek, Esq.*
Brad J. Sadek, Esq
Sadek and Cooper Law Offices
1315 Walnut Street. #502
Philadelphia, PA 19107
215-545-0008

Dated:2/3/20

_____
Nikkia Tamar May