## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: <br>     Nikkia Tamar May | : <br> : <br> : <br> : | Chapter 13 <br><br> Bankruptcy Case No.: 20-10394AMC |
|---|---|---|

### MOTION TO EXTEND TIME FOR THE DEBTOR TO FILE HER SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS PURSUANT TO BANKRUPTCY RULE 1007(c)

1. The above-captioned Chapter 13 Bankruptcy was filed on or about January 21, 2020 as an "emergency petition."

2. The Chapter 13 Bankruptcy was assigned case number 20-10394AMC.

3. At the time of the subject Chapter 13 Bankruptcy filing, the Debtor's vehicle was repossessed.

4. Due to the urgency involved, Debtor did not have sufficient time to complete her schedules and statements.

5. Debtor initially filed the subject bankruptcy matter as Pro Se. She has now retained our office to represent her going forward and our Entry of Appearance was filed today. As such, our office will now need time to prepare the Debtor's remaining schedules and Chapter 13 plan.

6. The current deadline to file the schedules and statement of financial affairs is February 4, 2020.

7. Under Bankruptcy Rule 1007(c), the Debtors may obtain a further extension of the filing deadline for "cause" shown.

8. Under the circumstances, specifically our office needing additional time to prepare and file the remaining schedules as Debtor retained our office today, February 3,

2020, the Debtor is requesting an extension of no less than 2 weeks to allow for signing and filing of the remaining schedules and statements.

WHEREFORE, the Debtor respectfully request the entry of an ORDER in the form attached, extending the time for filing the required documents.

Dated: February 3, 2020         /s/ Brad J. Sadek
                                Brad J. Sadek, Esquire
                                Attorney for Debtor
                                1315 Walnut Street, Suite 502
                                Philadelphia, PA 19107
                                215-545-0008