# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-10394** |
| **Nikkia Tamar May AKA Nikkia Tamar** : | **Chapter 13** |
| **Witcher, DBA  Deal Finding Diva, DBA** : | **Judge Ashely M. Chan** |
| **Fantasy Girl LLC** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **Debtor(s)** : | |
| : | |
| **JPMorgan Chase Bank, N.A.** : | **Date and Time of Hearing** |
| **Movant,** : | _____ |
| vs : | |
| : | **Place of Hearing** |
| **Nikkia Tamar May AKA Nikkia Tamar** : | **U.S. Bankruptcy Court** |
| **Witcher, DBA  Deal Finding Diva, DBA** : | **900 Market Street, Courtroom #4** |
| **Fantasy Girl LLC** : | **Philadelphia, PA, 19107** |
| : | |
| **William C. Miller** | **Related Document #** |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Karina Velter
    Karina Velter, Esquire (94781)
    Adam B. Hall (323867)
    Sarah E. Barngrover (323972)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Karina Velter.
    Contact email is kvelter@manleydeas.com

20-006543_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 20-10394** |
| **Nikkia Tamar May AKA Nikkia Tamar Witcher, DBA Deal Finding Diva, DBA Fantasy Girl LLC** | **Chapter 13** |
| | **Judge Ashely M. Chan** |
| | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| **JPMorgan Chase Bank, N.A.** | **Date and Time of Hearing** |
| **Movant,** | _____ |
| vs | |
| | **Place of Hearing** |
| **Nikkia Tamar May AKA Nikkia Tamar Witcher, DBA Deal Finding Diva, DBA Fantasy Girl LLC** | **U.S. Bankruptcy Court** |
| | **900 Market Street, Courtroom #4** |
| | **Philadelphia, PA, 19107** |
| **William C. Miller** | **Related Document #** |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, ecfemails@ph13trustee.com

Brad J. Sadek, Attorney for Nikkia Tamar May AKA Nikkia Tamar Witcher, DBA Deal Finding Diva, DBA Fantasy Girl LLC, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Nikkia Tamar May AKA Nikkia Tamar Witcher, DBA Deal Finding Diva, DBA Fantasy Girl LLC, 5225 W Clarkson Ave., Philadelphia, PA 19144

/s/ Karina Velter
_____

20-006543_PS