Uber

## MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Nikkia May
Case No.: 20-10394
Business Name: Nikkia May-Uber
For the Month & Year (1/11, etc.): January 2020

### BUSINESS INCOME
(1) Actual Income from Sales & Service    $ 2695
(2) Other (Specify)                       $
(3) Other (Specify)                       $
(4) Total Gross Revenue                   $ 2695
(1+2+3)

### ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease                            $
(6) Utilities (Electricity, Gas, Water)   $
(7) Telephone                             $ 131
(8) Insurance                             $ 393
(9) Wages for Employees                   $
(10) Business Tax                         $
(11) Sales Tax                            $
(12) Employment Taxes                     $
(13) Gas & Fuel for Business Vehicles     $ 434
(14) Office Equipment                     $
(15) Advertising                          $
(16) Professional Fees                    $ 50
(17) Office Supplies                      $ 10
(18) Other (Specify) Car rental           $ 878
(19) Other (Specify) Car wash             $ 24
(20) Other (Specify)                      $
(21) Total Business Expenses (Lines 5     $ 1960
through 20 added together)

(22) Total Net Monthly Income             $ 735
(Line 4 - Line 21)

# MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Nikkia May
Case No: 20-10394
Business Name: Nikkia May Uber
For the Month & Year (1/11, etc.): December 2019

## BUSINESS INCOME
(1) Actual Income from Sales & Service $ 2996
(2) Other (Specify) $
(3) Other (Specify) $
(4) Total Gross Revenue $ 2996
(1+2+3)

## ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease $
(6) Utilities (Electricity, Gas, Water) $
(7) Telephone $ 200
(8) Insurance $ 200
(9) Wages for Employees $
(10) Business Tax $
(11) Sales Tax $
(12) Employment Taxes $
(13) Gas & Fuel for Business Vehicles $ 480
(14) Office Equipment $
(15) Advertising $
(16) Professional Fees $ 50
(17) Office Supplies $ 10
(18) Other (Specify) Car maintenance $ 43
(19) Other (Specify) car wash $ 24
(20) Other (Specify) $
(21) Total Business Expenses (Lines 5 through 20 added together) $ 1067

(22) Total Net Monthly Income $ 1929
(Line 4 − Line 21)

## MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Nikkia May
Case No.: 20-10394
Business Name: Nikkia May-Uber
For the Month & Year (1/11, etc.): November 2019

### BUSINESS INCOME
(1) Actual Income from Sales & Service       $ 3181
(2) Other (Specify)                          $
(3) Other (Specify)                          $
(4) Total Gross Revenue                      $ 3181
(1+2+3)

### ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease                                $
(6) Utilities (Electricity, Gas, Water)       $
(7) Telephone                                 $ 295
(8) Insurance                                 $ 215
(9) Wages for Employees                       $
(10) Business Tax                             $
(11) Sales Tax                                $
(12) Employment Taxes                         $
(13) Gas & Fuel for Business Vehicles         $ 608
(14) Office Equipment                         $
(15) Advertising                              $
(16) Professional Fees                        $
(17) Office Supplies                          $ 10
(18) Other (Specify) Car maintenance          $ 77
(19) Other (Specify) Car wash                 $ 52
(20) Other (Specify)                          $
(21) Total Business Expenses (Lines 5         $ 1257
through 20 added together)

(22) Total Net Monthly Income                 $ 1924
(Line 4 – Line 21)

# MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Nikkia May
Case No.: 20-10394
Business Name: Nikkia May Uber
For the Month & Year (1/11, etc.): October 2019

## BUSINESS INCOME
(1) Actual Income from Sales & Service    $ 2756
(2) Other (Specify)    $
(3) Other (Specify)    $
(4) Total Gross Revenue    $ 2756
(1+2+3)

## ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease    $
(6) Utilities (Electricity, Gas, Water)    $
(7) Telephone    $ 715
(8) Insurance    $
(9) Wages for Employees    $
(10) Business Tax    $
(11) Sales Tax    $
(12) Employment Taxes    $
(13) Gas & Fuel for Business Vehicles    $ 458
(14) Office Equipment    $
(15) Advertising    $
(16) Professional Fees    $
(17) Office Supplies    $
(18) Other (Specify) Car maintenance    $ 43
(19) Other (Specify) Car wash    $ 24
(20) Other (Specify)    $
(21) Total Business Expenses (Lines 5 through 20 added together)    $ 1240

(22) Total Net Monthly Income    $ 1516
(Line 4 – Line 21)

# MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Nikkia May
Case No.: 20-10394
Business Name: Nikkia May Uber
For the Month & Year (1/11, etc.): September 2019

## BUSINESS INCOME
(1) Actual Income from Sales & Service   $ 2132
(2) Other (Specify)                      $
(3) Other (Specify)                      $
(4) Total Gross Revenue                  $ 2132
(1+2+3)

## ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease                           $
(6) Utilities (Electricity, Gas, Water)  $
(7) Telephone                            $
(8) Insurance                            $ 183
(9) Wages for Employees                  $
(10) Business Tax                        $
(11) Sales Tax                           $
(12) Employment Taxes                    $
(13) Gas & Fuel for Business Vehicles    $ 563
(14) Office Equipment                    $
(15) Advertising                         $
(16) Professional Fees                   $
(17) Office Supplies                     $
(18) Other (Specify) Car maintenance     $ 43
(19) Other (Specify) Car wash            $ 24
(20) Other (Specify)                     $
(21) Total Business Expenses (Lines 5    $ 823
through 20 added together)

(22) Total Net Monthly Income            $ 1309
(Line 4 – Line 21)

## MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Nikkia May
Case No.: 20-10394
Business Name: Nikkia May
For the Month & Year (1/11, etc.): August 2019

### BUSINESS INCOME
(1) Actual Income from Sales & Service       $ 2103
(2) Other (Specify)                          $
(3) Other (Specify)                          $
(4) Total Gross Revenue                      $ 2103
(1+2+3)

### ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease                               $
(6) Utilities (Electricity, Gas, Water)      $
(7) Telephone                                $
(8) Insurance                                $ 185
(9) Wages for Employees                      $
(10) Business Tax                            $
(11) Sales Tax                               $
(12) Employment Taxes                        $
(13) Gas & Fuel for Business Vehicles        $ 569
(14) Office Equipment                        $
(15) Advertising                             $
(16) Professional Fees                       $
(17) Office Supplies                         $
(18) Other (Specify) Car maintenance         $ 43
(19) Other (Specify) car wash                $ 96
(20) Other (Specify)                         $
(21) Total Business Expenses (Lines 5        $ 893
through 20 added together)

(22) Total Net Monthly Income                $ 1210
(Line 4 – Line 21)

## MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Nikkia May
Case No.: 20-10394
Business Name: Nikkia May - Lyft
For the Month & Year (i.e., March 2020): January 2020

**BUSINESS INCOME**
(1) Actual Income from Sales & Service        $ 716
(2) Other (Specify)                           $
(3) Other (Specify)                           $
(4) Total Gross Revenue                       $ 716
(1+2+3)

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease                                $
(6) Utilities (Electricity, Gas, Water)       $
(7) Telephone                                 $
(8) Insurance                                 $
(9) Wages for Employees                       $
(10) Business Tax                             $
(11) Sales Tax                                $
(12) Employment Taxes                         $
(13) Gas & Fuel for Business Vehicles         $
(14) Office Equipment                         $
(15) Advertising                              $
(16) Professional Fees                        $
(17) Office Supplies                          $
(18) Other (Specify)                          $
(19) Other (Specify)                          $
(20) Other (Specify)                          $
(21) Total Business Expenses (Lines 5         $
through 20 added together)

(22) Total Net Monthly Income                 $ 716
(Line 4 – Line 21)

## MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Nikkia May
Case No.: 20-10394
Business Name: Nikkia May Lyft
For the Month & Year (1/11, etc.): December 2019

**BUSINESS INCOME**
(1) Actual Income from Sales & Service   $ 239
(2) Other (Specify)   $
(3) Other (Specify)   $
**(4) Total Gross Revenue**   $ 239
(1+2+3)

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease   $
(6) Utilities (Electricity, Gas, Water)   $
(7) Telephone   $
(8) Insurance   $
(9) Wages for Employees   $
(10) Business Tax   $
(11) Sales Tax   $
(12) Employment Taxes   $
(13) Gas & Fuel for Business Vehicles   $
(14) Office Equipment   $
(15) Advertising   $
(16) Professional Fees   $
(17) Office Supplies   $
(18) Other (Specify)   $
(19) Other (Specify)   $
(20) Other (Specify)   $
**(21) Total Business Expenses** (Lines 5 through 20 added together)   $

**(22) Total Net Monthly Income**   $ 239
(Line 4 – Line 21)

# MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Nikkia May
Case No.: 20-10394
Business Name: Nikkia May LLC
For the Month & Year (1/11, etc.): November 2019

## BUSINESS INCOME
(1) Actual Income from Sales & Service    $ 0
(2) Other (Specify)                       $
(3) Other (Specify)                       $
(4) Total Gross Revenue                   $ 0
(1+2+3)

## ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease                            $
(6) Utilities (Electricity, Gas, Water)   $
(7) Telephone                             $
(8) Insurance                             $
(9) Wages for Employees                   $
(10) Business Tax                         $
(11) Sales Tax                            $
(12) Employment Taxes                     $
(13) Gas & Fuel for Business Vehicles     $
(14) Office Equipment                     $
(15) Advertising                          $
(16) Professional Fees                    $
(17) Office Supplies                      $
(18) Other (Specify)                      $
(19) Other (Specify)                      $
(20) Other (Specify)                      $
(21) Total Business Expenses (Lines 5     $ 0
through 20 added together)

(22) Total Net Monthly Income             $ 0
(Line 4 − Line 21)

## MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Nikkia May
Case No.: 20-10394
Business Name: Nikkia May Café
For the Month & Year (1/11, etc.): October 2007

### BUSINESS INCOME
(1) Actual Income from Sales & Service  $ 1476
(2) Other (Specify)  $
(3) Other (Specify)  $
(4) Total Gross Revenue  $ 1476
(1+2+3)

### ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease  $
(6) Utilities (Electricity, Gas, Water)  $
(7) Telephone  $
(8) Insurance  $
(9) Wages for Employees  $
(10) Business Tax  $
(11) Sales Tax  $
(12) Employment Taxes  $
(13) Gas & Fuel for Business Vehicles  $
(14) Office Equipment  $
(15) Advertising  $
(16) Professional Fees  $
(17) Office Supplies  $
(18) Other (Specify)  $
(19) Other (Specify)  $
(20) Other (Specify)  $
(21) Total Business Expenses (Lines 5 through 20 added together)  $ 0

(22) Total Net Monthly Income  $ 1476
(Line 4 – Line 21)

## MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Nikkia May
Case No.: 20-10394
Business Name: Nikkia May Lyft
For the Month & Year (1/11, etc.): September 2019

### BUSINESS INCOME
(1) Actual Income from Sales & Service    $ 12.11
(2) Other (Specify)                       $
(3) Other (Specify)                       $
(4) Total Gross Revenue                   $ 12.11
(1+2+3)

### ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease                            $
(6) Utilities (Electricity, Gas, Water)   $
(7) Telephone                             $
(8) Insurance                             $
(9) Wages for Employees                   $
(10) Business Tax                         $
(11) Sales Tax                            $
(12) Employment Taxes                     $
(13) Gas & Fuel for Business Vehicles     $
(14) Office Equipment                     $
(15) Advertising                          $
(16) Professional Fees                    $
(17) Office Supplies                      $
(18) Other (Specify)                      $
(19) Other (Specify)                      $
(20) Other (Specify)                      $
(21) Total Business Expenses (Lines 5     $  0
through 20 added together)

(22) Total Net Monthly Income             $ 12.11
(Line 4 – Line 21)

## MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Nikkia May
Case No.: 20-10394
Business Name: Nikkia May LLC
For the Month & Year (1/11, etc.): August 2019

**BUSINESS INCOME**
(1) Actual Income from Sales & Service       $ 1564
(2) Other (Specify)                          $
(3) Other (Specify)                          $
**(4) Total Gross Revenue**                  $ 1564
(1+2+3)

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease                               $ 0
(6) Utilities (Electricity, Gas, Water)      $
(7) Telephone                                $
(8) Insurance                                $
(9) Wages for Employees                      $
(10) Business Tax                            $
(11) Sales Tax                               $
(12) Employment Taxes                        $
(13) Gas & Fuel for Business Vehicles        $
(14) Office Equipment                        $
(15) Advertising                             $
(16) Professional Fees                       $
(17) Office Supplies                         $
(18) Other (Specify)                         $
(19) Other (Specify)                         $
(20) Other (Specify)                         $
**(21) Total Business Expenses** (Lines 5    $ 0
through 20 added together)

**(22) Total Net Monthly Income**            $ 1564
(Line 4 – Line 21)

# BESTMARK

(DE7113)   Log Out

## Payment History

- Home
- My Shops (0)
- My Referrals (119)
- My Profile

Find Shops
- Visit Shops
- Phone/Web Shops New!

Utilities
- Receipts / Pending Pay
- **Payment History**

Additional Info
- Contact Us
- FAQ
- Policies & Guidelines
- Scam Warning
- Log Out

Follow Us



The table below lists payments made for you assignments this year, including the portion of the payment that is considered taxable. You can change dates to review payments back through 2017.

Review assignments that have not been paid on the Pending Pay page. For more information, see our FAQ.

Show payments from: Nov 1, 2019  To: Jan 31, 2020   Search

| Process Date | Tran# | Memo | Pay Type | Estimated Pay Date | Taxable Amt | Total Amt |
|---|---|---|---|---|---|---|
| 1/30/2020 | 53224 | 4995314/$28.00, 4995348/$29.55, 4995349/$31.29 | Direct Deposit | 1/31/2020 | $86.00 | $88.84 |
| 12/13/2019 | 50859 | 4953503/$42.49 | Direct Deposit | 12/15/2019 | $30.00 | $42.49 |
|  |  |  |  | **Total** | **$116.00** | **$131.33** |

© 2020 BestMark

# MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Nikkia May
Case No.: 20-10394
Business Name: Nikkia May Bestmart
For the Month & Year (fill in): December 2019

## BUSINESS INCOME
(1) Actual Income from Sales & Service     $ 30
(2) Other (Specify)                         $
(3) Other (Specify)                         $
**(4) Total Gross Revenue**                 $
(1+2+3)

## ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease                              $
(6) Utilities (Electricity, Gas, Water)     $
(7) Telephone                               $
(8) Insurance                               $
(9) Wages for Employees                     $
(10) Business Tax                           $
(11) Sales Tax                              $
(12) Employment Taxes                       $
(13) Gas & Fuel for Business Vehicles       $ 15
(14) Office Equipment                       $
(15) Advertising                            $
(16) Professional Fees                      $
(17) Office Supplies                        $
(18) Other (Specify)                        $
(19) Other (Specify)                        $
(20) Other (Specify)                        $
**(21) Total Business Expenses** (Lines 5   $ 15
through 20 added together)

**(22) Total Net Monthly Income**           $ 15
(Line 4 – Line 21)

# MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Nikkia May
Case No.: 20-10394
Business Name: Nikkia May Bestmark
For the Month & Year (full, etc): October

## BUSINESS INCOME:
(1) Actual Income from Sales & Service  $ 30
(2) Other (Specify):  $
(3) Other (Specify):  $
(4) Total Gross Revenue  $ 30
(1+2+3)

## ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease  $
(6) Utilities (Electricity, Gas, Water)  $
(7) Telephone  $
(8) Insurance  $
(9) Wages for Employees  $
(10) Business Tax  $
(11) Sales Tax  $
(12) Employment Taxes  $
(13) Gas & Fuel for Business Vehicles  $ 15
(14) Office Equipment  $
(15) Advertising  $
(16) Professional Fees  $
(17) Office Supplies  $
(18) Other (Specify)  $
(19) Other (Specify)  $
(20) Other (Specify)  $
(21) Total Business Expenses (Lines 5 through 20 added together)  $ 15

(22) Total Net Monthly Income  $ 15
(Line 4 – Line 21)

## MONTHLY FINANCIAL REPORT OF MONTHLY OPERATIONS

Debtor Name: Nikkia May
Case No.: 20-10394
Business Name: Nikkia May-Geslmack
For the Month & Year (1/11, etc.): January 2020

**BUSINESS INCOME**
(1) Actual Income from Sales & Service    $ 86.00
(2) Other (Specify)    $
(3) Other (Specify)    $
(4) Total Gross Revenue    $ 86.00
(1+2+3)

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease    $
(6) Utilities (Electricity, Gas, Water)    $
(7) Telephone    $
(8) Insurance    $
(9) Wages for Employees    $
(10) Business Tax    $
(11) Sales Tax    $
(12) Employment Taxes    $
(13) Gas & Fuel for Business Vehicles    $ 20
(14) Office Equipment    $
(15) Advertising    $
(16) Professional Fees    $
(17) Office Supplies    $
(18) Other (Specify)    $
(19) Other (Specify)    $
(20) Other (Specify)    $
(21) Total Business Expenses (Lines 5 through 20 added together)    $ 20

(22) Total Net Monthly Income    $ 66
(Line 4 – Line 21)